# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CTSO | E 2144190 | Mazlyz | 5429 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code | |
|---|---|---|
| 05/31/2024 1226 | 38 CFR 1.218(b) 29 | |

**Place of Offense:** Lot 5

**Offense Description: Factual Basis for Charge** HAZMAT ☐
Parking in spaces posted as reserved or in excess of posted time limit

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| Mason | William | F |

| Tag No | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| BA69763 | CT | | ACURA RDX | | Gray |

**APPEARANCE IS REQUIRED** — A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL** — B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 15  Forfeiture Amount
+ $30 Processing Fee
$ 45  Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

**YOUR COURT DATE** (If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date | Time |
|---|---|---|
| | | |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear at the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: **unable to sign**

Original - CVB Copy

*E2144190*

---

(For issuance of an arrest warrant or summons)

I state that on 05/31 20 24 while exercising my duties as a law enforcement officer in the **SO th** District of **CT**

I, Officer Kevin Maglyz of the above Department of Veterans Affairs Police, did observe the described vehicle parked unattended in a space marked and posted as reserved for spinal cord injury patients only with no spinal cord injury parking permit displayed. In violation of 38 CFR 1.218(b) 29.

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/8/2024    Officer's Signature: Kevin P. Maglyz
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 06/11/2024 13:45